| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email address | FOR COURT USE ONLY |
|---|---|
| **Rabin J. Pournazarian 186735**<br>**Price Law Group, APC**<br>**6345 Balboa Blvd. Suite 247**<br>**Encino, CA 91316**<br>**818-995-4540 Fax: 818-995-9277**<br>California State Bar Number: **186735 CA**<br>**rabin@pricelawgroup.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for*: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>**Karina Melendez**<br><br>                                                       Debtor(s). | CASE NO.: **6:22-bk-11143-SY**<br>CHAPTER 13 |
|---|---|
| | **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No Hearing Required] |

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (***check all that apply***):
   ☑ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☑ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 plan:
   The Order Confirming Plan was entered on __**8/3/2022**__.
   Plan payment amount(s): $__**957.00**__ per month for month 1, $500.00 per month for months 2-3, then $675.00 per month for months 4-60.
   Length of plan: __**60**__ months.
   Percentage paid to Class 5 general unsecured creditors: __**55**__%.

4. There have been ___**0**___ previous modification or suspension orders.
   Plan payments have been suspended for __ months and/or the plan has been extended for __ months.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                      Page 1                          **F 3015-1.05.MOTION.MODIFY.SUSPEND**

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
Plan payment amount(s): $___ per month.
Length of plan: ___ months.
Percentage paid to Class 5 general unsecured creditors: ___%.

6. Proposed modification:
   - [✓] Suspend *(indicate number of plan payments)* **2** plan payments.
   - [ ] Extend the term by *(indicate number of months)* __ month(s).
   - [ ] Reduce the term by *(indicate number of months)* __ month(s).
   - [ ] Increase the plan payment from $___ to $___ from *(date)* _____ to *(date)* _____.
   - [ ] Reduce the plan payment from $___ to $___ from *(date)* _____ to *(date)* _____.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's(s') circumstances have changed in the following respect:
**The Debtor believed she would be able to cure her delinquency, however, she was unable to make two additional payments.**

**The Debtor respectfully requests the suspension of her delinquency, with plan payments to resume in August 2023 at $675.00 per month, until end of plan term. Please find the Debtor's Amended Schedule I and Amended Schedule J attached as Exhibit "A". The percentage to unsecured creditors to reduce to 50%.**

8. If this motion is granted, the last plan payment due would be payable **60** months after the first plan payment was due.

9. If this motion is granted:
   - [ ] There will be no change in the percentage paid to Class 5 general unsecured creditors,
   OR
   - [✓] The percentage paid to Class 5 general unsecured creditors will change from **55** % to **50** %.

Date: 7/10/23

/s/ Rabin J. Pournazarian
Rabin J. Pournazarian 186735
Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.
Date: 7/10/23

Karina Melendez
Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 3015-1.05.MOTION.MODIFY.SUSPEND

# EXHIBIT "A"

Fill in this information to identify your case:

Debtor 1: **Karina Melendez**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number: **6:22-bk-11143-SY**
(If known)

Check if this is:

■ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

Official Form 106I
## Schedule I: Your Income                                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
   |---|---|---|
   | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | **Occupation** | School Bus Driver | |
   | **Employer's name** | Murrieta Valley USD | |
   | **Employer's address** | Murietta, CA | |
   | **How long employed there?** | 9 months | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **4,209.45** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ **4,209.45** | $ **N/A** |

Debtor 1    **Karina Melendez**                                      Case number (*if known*)  **6:22-bk-11143-SY**

|  |  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
|  | **Copy line 4 here** | 4. | $ 4,209.45 | $ N/A |
| 5. | **List all payroll deductions:** |  |  |  |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 333.47 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 266.75 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 52.16 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: Local Dues | 5h.+ | $ 2.00 + | $ N/A |
|  | State Dues |  | $ 46.95 | $ N/A |
|  | Texas Life Ins. |  | $ 66.14 | $ N/A |
|  | Victory Club |  | $ 5.00 | $ N/A |
|  | American Fidelity |  | $ 129.82 | $ N/A |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 902.29 | $ N/A |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,307.16 | $ N/A |
| 8. | **List all other income regularly received:** |  |  |  |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,307.16 + $ N/A = | $ 3,307.16 |
| 11. | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ | 3,307.16 Combined monthly income |

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:

MURRIETA VALLEY UNIFIED SCHOOL DISTRICT

Payroll **12 M**

Employee **315920** KARINA MELENDEZ

SSN XXX-XX-9145

**MURRIETA VALLEY** UNIFIED SCHOOL DISTRICT

Warrant 31592012M   Issued 06/30/2023   Pay Period Ending 06/30/2023

| Earnings | Units | Rate | This Period | Payroll Deductions | This Period | YTD |
|---|---|---|---|---|---|---|
| SALARY | | | 3,648.06 | FEDERAL TAXES | 0.00 | 0.00 |
| REGULAR EARNINGS FOR OT (1.5) | 2.25 | 27.028 | 60.81 | STATE TAXES | 16.49 | 124.56 |
| | 21.75 | 40.542 | 881.79 | SDI | 0.00 | 0.00 |
| CUR MO ADJ ENTIRE MONTH | | | -608.13 | SOCIAL SECURITY | 240.14 | 1,520.04 |
| | | | | MEDICARE | 56.16 | 355.48 |
| | | | | *RETIREMENT | 248.05 | 1,600.49 |
| | | | | *125 PLAN AMER. FID. | 50.90 | 305.40 |
| | | | | *125PLAN-INSURANCE-AME | 52.16 | 312.96 |
| | | | | *ANTHEM MVP EMPLOYEE | 6.19 | 121.36 |
| | | | | AMERICAN FIDELITY - | 23.20 | 139.20 |
| | | | | AMERICAN FIDELITY | 32.50 | 195.00 |
| | | | | AMERICAN FIDELITY | 23.22 | 139.32 |
| | | | | CSEA - LOCAL DUES | 2.00 | 12.00 |
| | | | | CSEA -VICTORY CLUB | 5.00 | 30.00 |
| | | | | CSEA STATE DUES | 46.51 | 281.72 |
| | | | | TEXAS LIFE INS. CO. | 66.14 | 396.84 |

| Leave Activity Through | | | 06/30/2023 | |
|---|---|---|---|---|
| Type | Begin | Earned | Used | End |
| HFA/SICK | 0:00 | | | 0:00 |
| P/N | | | | |
| SICK | -41:45 | | | -41:45 |
| VACATION | 0:00 | | | 0:00 |

| Benefits Paid By Your Employer On Your Behalf | This Period |
|---|---|
| ANTHEM MVP EMPLOYEE | 400.36 |
| DELTA PPO INCENTIVE DC | 112.30 |
| EYEMED VISION DC | 16.69 |
| FICA | 240.14 |
| MEDICARE | 56.16 |
| MET LIFE | 7.00 |
| P2L6 NON HSA INSURED | 55.47 |
| PERS | 786.66 |
| UNEMPLOYMENT INSURANCE | 19.37 |
| WORKERS COMPENSATION | 73.77 |
| Total | 1,767.92 |

| Withholding | Federal | State |
|---|---|---|
| Filing Status & Criteria | H | H/2/0 |
| Additional Withholding | 0.00 | 0.00 |
| Dependents | 4,000.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

| | This Period | YTD |
|---|---|---|
| **Gross Earnings** | 3,982.53 | 25,256.72 |
| Less *Pre-Tax Deductions | 357.30 | 2,340.21 |
| Taxable Earnings | 3,625.23 | 22,916.51 |
| Less Taxes & Deductions | 511.36 | 3,194.16 |
| **Net Pay** | 3,113.87 | 19,722.35 |

Message: DISCRETION = PERSONAL LEAVE BALANCE. PERSONAL LEAVE IS A SUBSET OF YOUR SICK LEAVE, IT IS NOT ADDITIONAL LEAVE ABOVE YOUR AVAILABLE SICK LEAVE. ACCORDINGLY, USE OF DISCRETION (PERSONAL LEAVE) WILL RESULT IN A CORRESPONDING REDUCTION IN YOUR SICK LEAVE BALANCE. **DUE TO END OF YEAR PROCESSING THIS CHECK INCLUDES TIME AND ATTENDANCE THROUGH JUNE 30, 2023.**

505

## NOTICE OF DIRECT DEPOSIT

DDT 31592012M

BY ORDER OF THE GOVERNING BOARD OF: MURRIETA VALLEY UNIFIED SCHOOL DISTRICT

Date: 06/30/2023
Pay Period Ending: 06/30/2023

The following amounts have been electronically deposited on behalf of:

**KARINA MELENDEZ**
33143 ZELLAR ST
LAKE ELSINORE  CA  92530

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX123 | XXXXXXXXXXX999 | $3,113.87 |

Riverside County Superintendent of Schools

**NON-NEGOTIABLE**

**MURRIETA VALLEY UNIFIED SCHOOL DISTRICT**

Employee: **315920** KARINA MELENDEZ
Warrant: 31592011M
Issued: 05/31/2023

Payroll: 11 M
SSN: XXX-XX-9145
Period Ending 05/31/2023

**MURRIETA VALLEY** UNIFIED SCHOOL DISTRICT

| Earnings | Units | Rate | This Period |
|---|---|---|---|
| SALARY | | | 3,648.06 |
| REGULAR EARNINGS FOR OT (1.5) | 2.25 | 27.028 | 60.81 |
| CUR MO ADJ ENTIRE MONTH | 27.50 | 40.542 | 1,114.91 |
| NO SICK LEAVE - CURRENT | | | -33.79 |
| | | | -523.67 |

| Payroll Deductions | This Period | YTD |
|---|---|---|
| FEDERAL TAXES | 0.00 | 0.00 |
| STATE TAXES | 22.78 | 108.07 |
| SDI | 0.00 | 0.00 |
| SOCIAL SECURITY | 258.12 | 1,279.90 |
| MEDICARE | 60.37 | 299.32 |
| *RETIREMENT | 252.11 | 1,352.44 |
| *125 PLAN AMER. FID. | 50.90 | 254.50 |
| *125PLAN-INSURANCE-AME | 52.16 | 260.80 |
| *ANTHEM MVP EMPLOYEE | 0.00 | 115.17 |
| AMERICAN FIDELITY - | 23.20 | 116.00 |
| AMERICAN FIDELITY | 32.50 | 162.50 |
| AMERICAN FIDELITY | 23.22 | 116.10 |
| CSEA - LOCAL DUES | 2.00 | 10.00 |
| CSEA -VICTORY CLUB | 5.00 | 25.00 |
| CSEA STATE DUES | 47.25 | 235.21 |
| TEXAS LIFE INS. CO. | 66.14 | 330.70 |

| Leave Activity Through 05/10/2023 | | | | |
|---|---|---|---|---|
| Type | Begin | Earned | Used | End |
| HFA/SICK | 0:00 | | | 0:00 |
| P/N | | | | |
| SICK | -3:00 | | 38:45 | -41:45 |
| VACATION | 0:00 | | | 0:00 |

| Benefits Paid By Your Employer On Your Behalf | This Period |
|---|---|
| ANTHEM MVP EMPLOYEE | 400.36 |
| DELTA PPO INCENTIVE DC | 112.30 |
| EYEMED VISION DC | 16.69 |
| FICA | 258.12 |
| MEDICARE | 60.37 |
| MET LIFE | 7.00 |
| P2L6 NON HSA INSURED | 55.47 |
| PERS | 799.52 |
| UNEMPLOYMENT INSURANCE | 20.82 |
| WORKERS COMPENSATION | 77.89 |
| Total | 1,808.54 |

| | This Period | YTD |
|---|---|---|
| Gross Earnings | 4,266.32 | 21,274.19 |
| Less *Pre-Tax Deductions | 355.17 | 1,982.91 |
| Taxable Earnings | 3,911.15 | 19,291.28 |
| Less Taxes & Deductions | 540.58 | 2,682.80 |
| Net Pay | 3,370.57 | 16,608.48 |

| Withholding | Federal | State |
|---|---|---|
| Filing Status & Criteria | H | H/2/0 |
| Additional Withholding | 0.00 | 0.00 |
| Dependents | 4,000.00 | |
| Other Income | 0.00 | |
| Deductions | 0.00 | |

Message: DISCRETION = PERSONAL LEAVE BALANCE. PERSONAL LEAVE IS A SUBSET OF YOUR SICK LEAVE, IT IS NOT ADDITIONAL LEAVE ABOVE YOUR AVAILABLE SICK LEAVE. ACCORDINGLY, USE OF DISCRETION (PERSONAL LEAVE) WILL RESULT IN A CORRESPONDING REDUCTION IN YOUR SICK LEAVE BALANCE.

501

## NOTICE OF DIRECT DEPOSIT

DDT
**31592011M**

BY ORDER OF THE GOVERNING BOARD OF: **MURRIETA VALLEY UNIFIED SCHOOL DISTRICT**

Date: 05/31/2023

The following amounts have been electronically deposited on behalf of:

Pay Period Ending: 05/31/2023

**KARINA MELENDEZ**
33143 ZELLAR ST
LAKE ELSINORE   CA   92530

| Account Type | Transmittal Number | Account Number | Amount |
|---|---|---|---|
| CHECKING | XXXXX123 | XXXXXXXXXXX999 | $3,370.57 |

Riverside County Superintendent of Schools

**NON-NEGOTIABLE**

**Fill in this information to identify your case:**

Debtor 1: Karina Melendez

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number: 6:22-bk-11143-SY
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
   
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No
   
   Do not list Debtor 1 and Debtor 2.  ☑ Yes. Fill out this information for each dependent..........
   
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 13 | ☐ No ☑ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   
   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---:|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 1,000.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 25.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 0.00 |

Official Form 106J        **Schedule J: Your Expenses**        page 1

| | | | |
|---|---|---|---:|
| Debtor 1 | **Karina Melendez** | Case number (if known) | **6:22-bk-11143-SY** |

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **75.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **50.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **0.00**
   - 6d. Other. Specify: **Cable television/Internet** — 6d. $ **75.00**
   - **Cell phone** — $ **140.00**
7. **Food and housekeeping supplies** — 7. $ **650.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **75.00**
10. **Personal care products and services** — 10. $ **50.00**
11. **Medical and dental expenses** — 11. $ **50.00**
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments. — 12. $ **300.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **0.00**
    - 15c. Vehicle insurance — 15c. $ **130.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: — 16. $ **0.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: — 17c. $ **0.00**
    - 17d. Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** — $ **0.00**
    Specify: — 19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ **2,620.00**
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ **2,620.00**

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **3,307.16**
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ **2,620.00**
    - 23c. Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income.* — 23c. $ **687.16**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.    Explain here:

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**6345 Balboa Blvd. Suite 247
Encino, CA 91316**

A true and correct copy of the foregoing document entitled (*specify*):   **Motion Under Local Bankruptcy Rule 3015-1(n) and (w) To Modify Plan or Suspend Plan Payments**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/10/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
 **CHAPTER 13 TRUSTEE: Rod Danielson (TR), notice-efile@rodan13.com
ATTORNEY FOR DEBTOR: Rabin J Pournazarian, enotice@pricelawgroup.com
UNITED STATES TRUSTEE (RS), ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On   **7/10/2023**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/10/2023 | Ashley Johnson | /s/ Ashley Johnson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 3                    **F 3015-1.05.MOTION.MODIFY.SUSPEND**

```
Label Matrix for local noticing      Riverside Division                    Altura Credit Union
0973-6                               3420 Twelfth Street,                  2847 Campus Pkwy
Case 6:22-bk-11143-SY                Riverside, CA 92501-3819              Riverside CA 92507-0906
Central District of California
Riverside
Mon Jul 10 14:19:07 PDT 2023

Altura Credit Union                  (p)ATLAS ACQUISITIONS LCC             Capital One
Attn: Bankruptcy                     492C CEDAR LANE SUITE 442             Attn: Bankruptcy
2847 Campus Parkway                  TEANECK NJ 07666-1713                 P.O. Box 30285
Riverside, CA 92507-0906                                                   Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.         Comenity Bank/Victoria Secret         Comenitycapital/Ulta
by American InfoSource as agent      Attn: Bankruptcy                      Attn: Bankruptcy Dept
PO Box 71083                         Po Box 182125                         Po Box 182125
Charlotte, NC  28272-1083            Columbus, OH 43218-2125               Columbus, OH 43218-2125


(p)CREDIT CONTROL CORPORATION        Curacao                               EDD - State of California
ATTN CREDIT CONTROL CORPORATION      1605 West Olympic Boulevard           Employment Development Department
11821 ROCK LANDING DR                Suite 700                             P.O. Box 826218
NEWPORT NEWS VA 23606-4225           Los Angeles, CA 90015-3832            Sacramento, CA 94230-6218


Foothill Credit Union                Foothill FCU                          Hector Melendez
30 S First Ave                       Attn: Bankruptcy                      33143 Zellar Street
Arcadia CA 91006-3604                928 N Citrus Ave                      Lake Elsinore, CA 92530-5738
                                     Covina, CA 91722-2737


(p)INTERNAL REVENUE SERVICE          (p)JEFFERSON CAPITAL SYSTEMS LLC      Kohls/Capital One
CENTRALIZED INSOLVENCY OPERATIONS    PO BOX 7999                           Attn: Credit Administrator
PO BOX 7346                          SAINT CLOUD MN 56302-7999             Po Box 3043
PHILADELPHIA PA 19101-7346                                                 Milwaukee, WI 53201-3043


LVNV Funding, LLC                    NAVY FEDERAL CREDIT UNION             Navy FCU
Resurgent Capital Services           P.O.BOX 3000                          Attn: Bankruptcy
PO Box 10587                         MERRIFIELD, VA 22119-3000             P.O. Box 3000
Greenville, SC 29603-0587                                                  Merrifield, VA 22119-3000


OneMain Financial                    Plaza Services, LLC                   Quantum3 Group LLC as agent for
Attn: Bankruptcy                     PO BOX 1931                           Comenity Bank
Po Box 3251                          Burlingame, CA 94011-1931             PO Box 788
Evansville, IN 47731-3251                                                  Kirkland, WA  98083-0788


Quantum3 Group LLC as agent for      Synchrony Bank/Sams                   United States Trustee (RS)
Comenity Capital Bank                Attn: Bnakruptcy                      3801 University Avenue, Suite 720
PO Box 788                           Po Box 965060                         Riverside, CA 92501-3255
Kirkland, WA  98083-0788             Orlando, FL 32896-5060


Karina Melendez                      Rabin J. Pournazarian                 Rod Danielson (TR)
33143 Zellar Street                  6345 Balboa Blvd., Suite 247          3787 University Avenue
Lake Elsinore, CA 92530-5738         Encino, CA 91316-1580                 Riverside, CA 92501-3332
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Atlas Acquisitions LLC  
on behalf of UHG I LLC  
492C Cedar Lane, Ste 442  
Teaneck, NJ 07666

Credit Control Corporation  
Attn: Bankruptcy  
Po Box 120570  
Newport News, VA 23612

IRS  
Department of Treasury  
Fresno, CA 93888-0025

Jefferson Capital Systems LLC  
Po Box 7999  
Saint Cloud MN 56302-9617

(d)Jefferson Capital Systems, LLC  
Attn: Bankruptcy  
16 Mcleland Road  
Saint Cloud, MN 56303

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Navy Federal Credit Union  
P.O. Box 3000  
Merrifield, VA 22119-3000

End of Label Matrix  
Mailable recipients   29  
Bypassed recipients    1  
Total                 30