| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>3787 University Avenue<br>Riverside, CA 92501-3332<br>(951) 826-8000   FAX (951) 826-8090<br><br>☒<br>　　Chapter 13 Trustee | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | **Chapter: 13**<br><br>Case Number: **6:22-bk-11143-SY** |
| In re:    **KARINA MELENDEZ**<br><br><br><br>　　　　　　　　　　　　　　　　　Debtor(s) | **AMENDED TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO MODIFY/SUSPEND PLAN PAYMENTS** |

The undersigned Chapter 13 Trustee, having reviewed the Motion to Modify/Suspend Plan Payments (the "Application") filed:**7/10/2023** as docket entry number **66** provides the following response to the Application:

SUMMARY OF REQUESTED RELIEF:  Debtor is proposing to suspend 2 plan payments and reduce the percentage to 50%, due to a temporary decrease in income.

☒ APPROVE ON THE FOLLOWING CONDITIONS:

TRUSTEE'S RECOMMENDATION: Suspend the August and September 2023 plan payments and all other plan terms remain the same.

Dated: 9/10/2023

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Rod Danielson, Chapter 13 Trustee

| In re: **KARINA MELENDEZ** | **Chapter: 13** |
|---|---|
| Debtor(s) | Case Number: **6:22-bk-11143-SY** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 3787 University Avenue, Riverside, CA 92501.

A true and correct copy of the foregoing document entitled: **AMENDED TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO MODIFY/SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **09/11/2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**enotice@pricelawgroup.com**

☐ Service Information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **09/11/2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here contitutes a

Debtor
KARINA MELENDEZ
33143 ZELLAR STREET
LAKE ELSINORE, CA  92530

☐ Service Information continued on attached pag

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **09/11/2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge

HONORABLE SCOTT H. YUN
3420 TWELFTH STREET,
COURTROOM 302
RIVERSIDE, CA 92501-3819

☐ Service Information continued on attached pag

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:126 - SJL
June 2012

F 9013-3.1.PROOF.SERVICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and corre

| 09/11/2023 | Susan Jones | _[signature: Susan Jones]_ |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:126 - SJL
June 2012

**F 9013-3.1.PROOF.SERVICE**